UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-14084-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA

      Plaintiff,

vs.

CHIRAWAN SENGDANG,

      Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch Jr, on December 18, 2012. A Report and Recommendation was filed on December 27, 2012, (D.E.#109), recommending that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

      **ORDERED AND ADJUDGED** that

The Report and Recommendation of United States Magistrate Judge Frank J. Lynch Jr, is hereby **Adopted and Approved** in its entirety.

The Defendant is adjudged guilty to the sole Count of the Information which charges the Defendant, did knowingly and willfully combine, conspire, confederate, and agree with others known and unknown to the United States Attorney to commit an offense against the United States, that is, to possess, obtain, accept and receive alien registration receipt cards (green cards), and documents prescribed by statute and regulation for entry into and as evidence of authorized stay and employment in the United States, knowing the documents to have been procured by means of any false claim and statement, and to have been otherwise procured by fraud, and unlawfully obtained, in violation of Title 18, United States Code, Section 1546(a).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 17 day of January, 2013.

                                                _____
                                                JOSE E. MARTINEZ
                                                UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Lynch
All Counsel Of Record
U.S. Probation Office